SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JAMES P. MAYO (SBN: 169897)
jmayo@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave,
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

Alpha Law Firm, P.C.
Alexander Khoubian
9701 Wilshire Boulevard, 10th Floor
Beverly Hills, CA 90212
Tel.: 310-400-5652
Fax: 310-321-1304
Email: ak@alphalawpc.com
Email: eservice@alphalawpc.com

Attorneys for Plaintiff
RENATO TUZ TUN

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO TUZ TUN,<br><br>                Plaintiff,<br><br>        vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1 through 100, inclusive,<br><br>                Defendants. | **Case No. 5:24-cv-06625-PCP**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**<br><br>Judge:    Hon. Judge P. Casey Pitts |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

The Court, having reviewed the Parties' Joint Stipulation and for good cause showing, orders as follows:

1. The Parties' Stipulation is approved.

2. Northern District of California Case No. 5:24-cv-06625-PCP is hereby remanded to the Superior Court of the State of California, County of Santa Clara.

**IT IS SO ORDERED.**

Dated: __September 27__, 2024

_____
P. Casey Pitts
United States District Court Judge